UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No.: 7:09-CR-100-D-5

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MOTION TO WITHDRAW |
| | ) | |
| DANIEL EDUARDO PINEDA-ZELAYA | ) | |
| Defendant | | |

NOW COMES, Nardine M. Guirguis, counsel for the defendant, and moves this Honorable Court for an Order allowing her to Withdraw as Counsel for this Defendant. In support of this motion counsel shows the Court the following:

1. Counsel was appointed on September 1, 2009.

2. This matter is currently set for Trial on April 19, 2010.

3. An ethical issue has arisen in the representation of this defendant.

4. Upon recognition of such ethical issue, undersigned counsel contacted the North Carolina State Bar regarding such ethical issue.

5. The State Bar states that this is not only an ethical issue, but that it recommends that counsel withdraws immediately from representation of this defendant.

6. Undersigned Counsel has spoken with Assistant United States Attorney Ethan Ontjes, and he does not oppose said motion.

WHEREFORE, counsel prays this Honorable Court for an Order allowing her to withdraw as counsel for this defendant and that new counsel be appointed to represent him.

Respectfully submitted this the 1st day of April, 2010.

GUIRGUIS LAW, PA

/s/Nardine Mary Guirguis
Nardine Mary Guirguis
Attorney for the Defendant
434 Fayetteville Street, Ste 2350
Raleigh, North Carolina 27601
Telephone: (919) 832-0500
Facsimile: (919) 861-0170
nardine@guirguislaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of counsel's motion to withdraw was served upon the Assistant Attorney for the United States via CM/ECF to the address below:

**Ethan A. Ontjes**
U. S. Attorney's Office
310 New Bern Ave.
Suite 800
Raleigh, NC 27601
919-856-4530
856-4487 (fax)
ethan.ontjes@usdoj.gov

This the 1st day of April, 2010.